UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE PERRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13002** |
| **STATE OF LOUISIANA** | **SECTION "T"(2)** |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Tyrone Perry's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of April, 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE